IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00324-BNB

JEFF SWEESY,

Applicant,

v.

MARIO MORENO, Chief Probation Officer,
ANNE SCHAUDER, U.S. Probation Officer for the District of Arizona, and
H. QUAY, Acting Warden – FCI Englewood,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER,

MAR 0 2 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for Court Order to Bar the Bureau of Prisons From Transferring Petitioner Other than to a Ninth Circuit Facility" filed on February 27, 2009, is DENIED.

Dated: March 2, 2009

Copies of this Minute Order mailed on March 2, 2009, to the following:

Jeff Sweesy
Reg No. 10777-073
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123-1159

Secretary/Deputy Clerk