IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00324-BNB

JEFF SWEESY,

    Applicant,

v.

MARIO MORENO, Chief Probation Officer,
ANNE SCHAUDER, U.S. Probation Officer for the District of Arizona, and
H. QUAY, Acting Warden – FCI Englewood,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -3 2009

GREGORY C. LANGHAM
                CLERK

---

ORDER

---

Applicant has filed **pro se** on March 16, 2009, a document titled "Judicial Notice Appeal of Magistrate Judge's Denial of Petitioner's 'Motion to Bar the BOP from Transferring the Petitioner to Other than a Ninth Circuit Facility.'" Applicant objects to a minute order entered by Magistrate Judge Boyd N. Boland on March 2, 2009. As indicated by the title of Applicant's March 16 filing, Magistrate Judge Boland denied Applicant's motion seeking an order that would prohibit prison officials from transferring Applicant out of the facility in which he currently is housed to another facility, unless the facility to which he would be transferred is within the Ninth Circuit. For the reasons stated below, the objections will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has

reviewed the file and finds that Magistrate Judge Boland's minute order filed on March 2 is not clearly erroneous or contrary to law. There is no indication that Applicant is subject to being transferred to another prison or that he has a right to dictate where he should be transferred if he were subject to being transferred to another prison. Accordingly, it is

ORDERED that Applicant's "Judicial Notice Appeal of Magistrate Judge's Denial of Petitioner's 'Motion to Bar the BOP from Transferring the Petitioner to Other than a Ninth Circuit Facility'" filed on March 16, 2009, which the Court has construed as objections to Magistrate Judge Boyd N. Boland's minute order filed in this action on March 2, 2009, are overruled.

DATED at Denver, Colorado, this 2 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00324-BNB

Jeff Sweesy
Reg No. 10777-073
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/3/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk