IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00324-BNB

JEFF SWEESY,

    Applicant,

v.

MARIO MORENO, or Acting Chief Probation Officer,
ANNE SCHAUDER, U.S. Probation Officer for the District of Arizona, and
H. QUAY, Acting Warden, FCI Englewood,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -8 2009

GREGORY C. LANGHAM
                     CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Jeff Sweesy, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Sweesy initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. Sweesy is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Sweesy will be ordered to file an amended pleading.

Mr. Sweesy was convicted and sentenced in the United States District Court for the District of South Dakota and he apparently is nearing the end of his prison sentence. Mr. Sweesy wants to serve the supervised release portion of his sentence in Arizona and he apparently has provided three different Arizona addresses in support of

his request for relocation from the District of South Dakota to the District of Arizona. Mr. Sweesy asserts that the first two addresses were rejected, but the status of his release plan based on the third address is not clear. Mr. Sweesy apparently also has been denied additional time in a halfway house as part of his release plan.

The habeas corpus application filed by Mr. Sweesy is deficient because Mr. Sweesy fails to provide a clear statement of the claim or claims he is asserting in this action. It is not clear whether Mr. Sweesy is challenging the rejection of one or more of his release plans, or perhaps the failure to consider his third release plan. It also is not clear what claims, if any, Mr. Sweesy is asserting based upon the denial of his request for additional time in a halfway house as part of his release plan. Furthermore, Mr. Sweesy fails to identify the specific legal rights that allegedly have been violated in connection with the claims he is asserting in this action.

Therefore, Mr. Sweesy will be ordered to file an amended application that clarifies his claims if he wishes to pursue those claims in this action. Mr. Sweesy is advised that he must identify the specific legal right that allegedly has been violated in connection with each asserted claim and he must allege specific facts in support of his claims to demonstrate that his rights have been violated. Naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Sweesy file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Sweesy, together

with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if Mr. Sweesy fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice.

DATED April 8, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00324-BNB

Jeff Sweesy
Reg No. 10777-073
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 4/8/09

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk