IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00324-BNB

JEFF SWEESY,

    Applicant,

v.

MARIO MORENO, Chief Probation Officer,
ANNE SCHAUDER, U.S. Probation Officer for the District of Arizona, and
H. QUAY, Acting Warden – FCI Englewood,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Jeff Sweesy is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Sweesy initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On April 8, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Sweesy to file an amended habeas corpus application that clarifies his claims if he wishes to pursue those claims in this action. Mr. Sweesy was warned that the action would be dismissed without further notice if he failed to file an amended application as directed within thirty days.

On April 10, 2009, Mr. Sweesy filed a document titled "Judicial Notice Motion for Reconsideration" that does not relate to Magistrate Judge Boland's April 8 order to file an amended application. On April 21, 2009, Mr. Sweesy filed a document titled "Amended Application Motion to File Privacy Act Sealing of Documents." On April 24,

2009, Mr. Sweesy filed a document titled "Leave to Add Supplemental Information" and on May 5, 2009, he filed a document titled "Leave to Add Supplemental Information II." Also on May 5, 2009, Mr. Sweesy filed a document titled "Leave to Amend Habeas Application."

Although Mr. Sweesy was provided with blank copies of the proper habeas corpus application form as required by the Court's local rules, neither the April 21 amended application nor any of the other documents filed by Mr. Sweesy in response to Magistrate Judge Boland's April 8 order is filed on the proper form. Therefore, the action may be dismissed for failure to comply with the Court's local rules. **See** D.C.COLO.LCivR 8.2A. Furthermore, neither the April 21 amended application nor any of the other documents filed by Mr. Sweesy in response to Magistrate Judge Boland's April 8 order provides a clear statement of Mr. Sweesy's claims in this action. This is true whether the Court considers those documents individually or collectively. Therefore, the Court finds that Mr. Sweesy has failed to comply with Magistrate Judge Boland's April 8 order. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file on the proper form an amended application that clarifies the claims he is raising in this action.

DATED at Denver, Colorado, this 21 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00324-BNB

Jeff Sweesy
Reg No. 10777-073
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/22/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk